# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., | ) | Case No. 01-10262 |
| WIRELESS LOCATION | ) | through 01-10264 (PJW) |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |
| THE LIQUIDATING TRUST OF U.S. | ) | |
| WIRELESS CORPORATION, INC., | ) | |
| WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 03-55654 (PJW) |
| | ) | |
| NEERAJ BHATNAGAR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001, defendant Neeraj Bhatnagar, by and through his undersigned counsel, hereby gives notice of appeal to the United States District Court for the District of Delaware from that portion of the Order and related Memorandum Opinion of the Bankruptcy Court dated November 23, 2005, copies of which are attached hereto, where the Court ruled that "[s]ince the Debtors never collected or withheld any money from Bhatnagar, no trust could have been created. The Property belonged to the Debtors and is, therefore, potentially recoverable."

The names of the parties to the Order and Memorandum Opinion appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Attorneys: |
|---|---|
| **Appellant: Neeraj Bhatnagar** | Frederick B. Rosner, Esquire (No. 3995)<br>Jaspan Schlesinger Hoffman LLP<br>913 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 351-8000 |
| **Appellee: The Liquidating Trust of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc.** | Joanne B. Wills, Esquire<br>Jennifer L. Scoliard, Esquire<br>Klehr, Harrison, Harvey<br>Branzburg & Ellers LLP<br>919 Market Street<br>Wilmington, DE 19801<br>(302) 777-6500 |

Dated: December 2, 2005

                                            **JASPAN SCHLESINGER HOFFMAN LLP**

By:   */s/ Frederick B. Rosner*
        Frederick B. Rosner (No. 3995)
        913 North Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone: (302) 351-8000
        Facsimile: (302) 351-8010

        Attorney for Appellant/Defendant,
        Neeraj Bhatnagar