**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, | ) | Case Nos. 01-10262 through |
| INC., WIRELESS LOCATION | ) | 01-10264 (PJW) |
| TECHNOLOGIES, INC., and | ) | |
| WIRELESS LOCATION SERVICES, | ) | Jointly Administered |
| INC. | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| THE LIQUIDATING TRUST OF | ) | |
| U.S. WIRELESS CORPORATION, | ) | |
| INC., WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., and | ) | |
| WIRELESS LOCATION SERVICES, | ) | |
| INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 03-55654 (PJW) |
| | ) | |
| NEERAJ BHATNAGAR, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the Court's memorandum opinion of this date, the defendant Neeraj Bhatnagar's motion (Adv. Doc. # 17) for judgment on the pleadings is DENIED.


Peter J. Walsh
United States Bankruptcy Judge



Dated: November 23, 2005