## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**Adversary Case #:** 03-55654 (PJW)
**Related Bankruptcy Case #:** 01-10262 through 01-10264-(PJW)

**Deputy Clerk Transferring Case:** Sandra Jackson

**Case Type:** Adversary

**Nature of Suit:** 454: Recover Money/Property

**Cause of Appeal:** Order dated 11/23/05 Denying Defendant's Motion for Judgment on the Pleadings

**Parties:** The Liquidating Trust of U.S. Wireless Corporation, Inc., et. al. v. Neeraj Bhatnagar

**Appellant Counsel**

Jennifer Lee Scoliard
Klehr Harrrison Harvey Branzburg & Eller
919 Market Street
Suite 1000
Wilmington, DE 19801
302-552-5510
Fax : 302-426-9193
Email: jscoliard@klehr.com

Joanne Bianco Wills
Klehr Harrison Harvey Branzburg & Ellers
919 Market St., Suite 1000
Suite 1000
Wilmington, DE 19801
302 426-1189
Email: jwills@klehr.com

Stephanie Ann Fox
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801
usa
302-552-5515
Fax : 302-426-9193
Email: sfox@klehr.com

**Appellee Counsel**:   **Frederick B. Rosner**
Jaspan Schlesinger Hoffman
913 Market Street, 12th Floor
Wilmington, DE 19801
302-351-8000
Fax : 302-351-8010
Email: frosner@jshllp-de.com

**Jennifer Seitz Taylor**
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801
302-351-8000
Fax : 302-351-8010
Email: jtaylor@jshllp-de.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

Clerk of Court
David D. Bird

824 Market Street
Wilmington DE 19801
(302) 252-2900

**Date: January 11, 2006**

To: Clerk of the Court
U.S. District Court
District of Delaware
Wilmington, DE 19801

Re:   **Adversary Case 03-55654 (PJW)-AP #05-85
Related BK Case 01-10262 (PJW) Through 01-10264 (PJW)
Re: The Liquidating Trust of U.S. Wireless Corporation, Inc., Wireless Location
Technologies, Inc., and Wireless Location Services, Inc. v. Neeraj Bhatnagar**

Enclosed is the Transmittal relating to Appeal #05-85 along with the PDF of the Notice of Appeal; Appealable Order; Designation of Record on Appeal and Statement of Issues on Appeal.

Please acknowledge receipt of the above transferred record by completing the information below.

Sincerely,

David Bird, Clerk

By: Sandra Jackson
Deputy Clerk

I hereby acknowledge receipt of the above transferred record this _____ day of _____,
2005.

By: _____
U.S. District Court, District of Delaware