IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., | ) | Case No. 01-10262 |
| WIRELESS LOCATION | ) | through 01-10264 (PJW) |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| THE LIQUIDATING TRUST OF U.S. | ) | |
| WIRELESS CORPORATION, INC., | ) | |
| WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 03-55654 (PJW) |
| | ) | |
| NEERAJ BHATNAGAR, | ) | |
| | ) | |
| Defendant. | ) | |

**DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Pursuant to 28 U.S.C. § 158(a) and Federal Rules of Bankruptcy Procedure 8001, 8002 and 8006, appellant Neeraj Bhatnagar, by and through his undersigned counsel, hereby designates the following items to be included in the record on appeal and a statement of the issues to be presented on said appeal.

DESIGNATION OF RECORD ON APPEAL:

    1.    Complaint for Turnover and Recovery of Transfers [Docket No. 1, filed on August 28, 2003];

2. Defendant's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) [Docket No. 17, filed on August 1, 2005];

3. Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) [Docket No. 18, filed on August 1, 2005];

4. Defendant's Motion to File Under Seal Defendant's Exhibit "F" to Memorandum of Law in Support of Defendant's Motion for Judgment on the Pleadings Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) [Docket No. 19, filed on August 1, 2005]:

5. Reply Brief in Support of Motion for Judgment on the Pleadings Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) [Docket No. 21, filed on September 6, 2005].

6. Response by Defendant to Motion of the Liquidating Trust to File Sur-Reply [Docket No. 25, filed on September 23, 2005].

7. Court's Memorandum Opinion Dated November 23, 2005 with respect to Defendant's Motion for Judgment on the Pleadings [Docket No. 28, filed on November 23, 2005]

8. Order Denying Defendant's Motion for Judgment on the Pleadings [Docket No. 29, Entered on November 23, 2005]

STATEMENT OF ISSUE PRESENTED ON APPEAL:

1. Whether the Bankruptcy Court erred in holding that "[s]ince the Debtors never collected or withheld any money from Bhatnagar, no trust could have been created" and that "[t]he property belonged to the Debtors and is, therefore, potentially recoverable" in light of the ruling by the United States Supreme Court in Begier v. United States IRS, 878 F. 2d 762 (3rd Cir. 1989), aff'd, 496 U.S. 53, 110 S. Ct. 2258, 110 L, Ed 2d 46 (1990).

#15825

Dated:  December 12, 2005

                                     **JASPAN SCHLESINGER HOFFMAN, LLP**

By:   <u>/s/  Frederick B. Rosner</u>
        Frederick B. Rosner (No. 3995)
        913 N. Market Street, 12th Floor
        Wilmington, DE 19801
        Telephone:   (302) 351-8000
        Facsimile:    (302) 351-8010

Attorney for Appellant – Neeraj Bhatnagar