IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORPORATION, INC., | : | Case No. 01-10262 |
| WIRELESS LOCATION TECHNOLOGIES, INC., | : | through 01-10264 (PJW) |
| AND WIRELESS LOCATION SERVICES, INC., | : | |
| | : | Jointly Administered |
| Debtors. | : | |
| _____ | : | |
| | : | |
| THE LIQUIDATING TRUST OF U.S. | : | |
| WIRELESS CORPORATION, INC., | : | |
| WIRELESS LOCATION TECHNOLOGIES, INC., | : | |
| AND WIRELESS LOCATION SERVICES, INC., | : | Adversary Proceeding No. 03-55654 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| NEERAJ BHATNAGAR, | : | |
| | : | |
| Defendant. | : | |
| _____ | | |

**THE LIQUIDATING TRUST'S COUNTER-DESIGNATION
OF RECORD AND STATEMENT OF ISSUES ON APPEAL**

Appellee, the Liquidating Trust (the "Liquidating Trust") of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc., and Wireless Location Services, Inc. (the "Debtors"), pursuant 28 U.S.C. § 158(a) and Federal Rule Bankruptcy Procedure 8006, hereby counter-designates the following items for inclusion in the record on appeal and statements of issues to be presented on appeal:

I. ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

1. Answer and Affirmative Defenses of Neeraj Bhatnagar to Complaint for Turnover and Recovery of Transfers [Adv. Docket No. 7, filed May 12, 2004].

2. Answering Brief Of Plaintiff, The Liquidating Trust Of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc. And Wireless Location Services, Inc. In Opposition To Motion Of Defendant Neeraj Bhatnagar For Judgment On The Pleadings Pursuant To Federal Rule Of Bankruptcy Procedure 7012(B) And Cross Motion To Strike In Part Exhibits B Through F of Defendant's Motion [Adv. Docket No. 20, filed August 19, 2005].

3. Motion Of The Liquidating Trust To File Sur-Reply [Adv. Docket No. 23, filed September 19, 2005].

4. Order Granting Motion of the Liquidating Trust to File Sur-Reply [Adv. Docket No. 24, filed September 23, 2005].

## II. STATEMENT OF ADDITIONAL ISSUE PRESENTED ON APPEAL

1. Whether the Court correctly held that funds paid to the Internal Revenue Service on Defendant's behalf were property of the Debtors' estates because said funds were not collected or withheld from Defendant.

Dated: January 3, 2006

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By:  /s/ Jennifer L. Scoliard
Jennifer L. Scoliard (#4147)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 426-1189
(302) 426-9193 (fax)

Counsel to Plaintiff/Appellee, the Liquidating Trust of U.S. Wireless Corporation, *et al.*

PHIL1 655209-1