IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #** 4

IN RE: U.S. Wireless Corporation Inc. et al

|  |  |  |
|---|---|---|
| | ) | |
| Neeraj Bhatnagar | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  06-21 |
| v. | ) | |
| | ) | |
| | ) | |
| Liquidating Trust of the U.S. Wireless Corp | ) | |
| Appellee | ) | Bankruptcy Case No.01-10262 |
| | | A P No.05-85 |
| | | ADV 03-55654 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 11/23/05 was docketed in the District Court on 1/11/06:

Order dated 11/23/05 Denying Defendant's Motion for Judgement on the Pleadings

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.


Peter T. Dalleo
Clerk of Court


Date:   January 11, 2006

To:     U.S. Bankruptcy Court
        Counsel