## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

October 5, 2006

TO:    Counsel

RE:    In Re U.S. Wireless Corporation, et al.
         Civil Action No. 06-21 GMS

Dear Counsel:

    Please submit a jointly prepared status report, via electronic case filing, regarding the above-referenced case no later than October 19, 2006.

    Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet