IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE U.S. WIRELESS CORP., et al. | : |
| Debtors | : Case No. 01-10262 through 01-10264 (CSS) |
| NEERAJ BHATNAGAR | : |
| Appellant | : |
| v. | : Civil Action No. 06-21 GMS |
| LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al. | : |
| Appellees | : |

## ORDER TO SHOW CAUSE

WHEREAS, on January 11, 2006, a Notice of Appeal from the Bankruptcy Court appealing the Order entered on November 23, 2005, by Judge Peter J. Walsh, was filed (D.I. 1);

WHEREAS, on January 18, 2006, the above-captioned appeal was referred to mediation;

WHEREAS, on October 5, 2006, the parties were directed to file a jointly-prepared status report regarding the above-captioned case (D.I. 6);

WHEREAS, on October 23, 2006, counsel to the Liquidating Trust of U.S. Wireless Corporation, et al., filed a status report indicating that the mediation was canceled and all attempts to contact the Appellant were unsuccessful (D.I. 7);

IT IS HEREBY ORDERED that:

1. The Appellant is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned appeal should not be dismissed for failure to prosecute.

2. If the Appellant fails to show cause, in writing, within thirty (30) days, this appeal shall be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

_____
UNITED STATES DISTRICT JUDGE

October __24__, 2006



FILED

OCT 2 4 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE