# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| U.S. WIRELESS CORPORATION, INC., | |
| WIRELESS LOCATION TECHNOLOGIES, INC., | Case No. 01-10262 through |
| AND WIRELESS LOCATION SERVICES, INC., | 01-10264 (CSS) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| NEERAJ BHATNAGAR, | |
| Appellant, | 06-CV-00021-GMS |
| v. | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS CORPORATION, INC. *et al.,* | |
| Appellee. | |

## WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS
## FOR U.S. WIRELESS CORPORATION, INC., ET AL.

TO: The Clerk of the Court and interested parties:

PLEASE TAKE NOTICE that attorney Jennifer L. Scoliard is no longer associated with the undersigned law firm and no longer represents the Liquidating Trust of U.S. Wireless Corporation, Inc., *et al.,* (the "Appellee" or the "Liquidating Trust"). Accordingly, the undersigned respectfully withdraws the appearance of said attorney in the above-referenced appeal.

PLEASE TAKE FURTHER NOTICE that the following attorneys shall be counsel of record for the Liquidating Trust henceforth:

> Richard M. Beck (Del. Bar No. 3370)
> Christopher A. Ward (Del. Bar No. 3877)
> Klehr, Harrison, Harvey, Branzburg
>   & Ellers LLP
> 919 N. Market Street, Suite 1000
> Wilmington, DE 19801

DEL1 64951-1

Phone: 302-426-1189
Fax: 302-426-9193
rbeck@klehr.com
cward@klehr.com

Dated: October 31, 2006                KLEHR, HARRISON, HARVEY, BRANZBURG
                                         & ELLERS LLP

                                         */s/ Christopher A. Ward*
                                       Richard M. Beck (Del. Bar No. 3370)
                                       Christopher A. Ward (Del. Bar No. 3877)
                                       919 N. Market Street, Suite 1000
                                       Wilmington, DE 19801
                                       (302) 426-1189 Telephone
                                       (302) 426-9193 Facsimile
                                       rbeck@klehr.com
                                       cward@klehr.com

                                       *Counsel for the Liquidating Trust of U.S. Wireless Corporation, Inc., et al.*

DEL1 64951-1