IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re U.S. WIRELESS CORP., et al.<br><br>Debtors | :<br>:<br>: Case No. 01-10262 through 01-10264 (CSS)<br>: |
| NEERAJ BHATNAGAR,<br><br>Appellant<br><br>v.<br><br>LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al.,<br><br>Appellees | :<br>:<br>:<br>: Civil Action No. 06-21 GMS<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

Please enter the appearance of Frederick B. Rosner of Duane Morris LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801, as counsel to represent appellant Neeraj Bhatnagar in the captioned matter.

Dated: November 22, 2006
       Wilmington, Delaware

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:      fbrosner@duanemorris.com

Counsel to Appellant Neeraj Bhatnagar

DM3\420567.1