IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re U.S. WIRELESS CORP., et al. | : |
| | : |
|     Debtors | : Case No. 01-10262 through 01-10264 (CSS) |
| | : |
| NEERAJ BHATNAGAR, | : |
| | : |
|     Appellant | : Civil Action No. 06-21 GMS |
| | : |
| v. | : |
| | : |
| LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al., | : |
| | : |
|     Appellees | : |

### CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 22nd day of November, 2006, I served one copy of the *Entry of Appearance* upon the parties listed below by U.S. Postal Service, postage prepaid:

Richard M. Beck, Esquire
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg
  & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

                                                DUANE MORRIS LLP

                                                /s/ Frederick B. Rosner
                                                Frederick B. Rosner (#3995)
                                                1100 North Market Street, Suite 1200
                                                Wilmington, DE 19801
                                                Telephone:   (302) 657-4900
                                                Facsimile:    (302) 657-4901
                                                fbrosner@duanemorris.com