IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| US WIRELESS CORPORATION, et al. | : | Bankruptcy Co. No. 01-10262 - 01-10264 |
| Debtors | : | |
| NEERAJ BHATNAGAR | : | |
| Appellant | : | |
| v. | : | Civil Action No. 06-21 GMS |
| LIQUIDATING TRUST OF US WIRELESS CORPORATION, et al. | : | |
| | : | |
| Appellees | : | |

**O R D E R**

WHEREAS, on January 11, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on November 23, 2005, was filed (D.I. 1);

WHEREAS, on January 18, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on October 23, 2006, a status report advising the court that mediation attempts were unsuccessful was filed by counsel for the Liquidating Trust of US Wireless (D.I. 7).

IT IS HEREBY ORDERED that:

The parties submit a jointly prepared proposed briefing schedule for the Court's consideration no later than January 22, 2007.

December 21, 2006  /s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE