IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re U.S. WIRELESS CORP., et al., : | |
| : | |
| Debtors. : | Case No. 01-10262 through 01-10264 (CSS) |
| ———————————————— : | |
| : | |
| NEERAJ BHATNAGAR, : | |
| : | |
| Appellant, : | Civil Action No. 06-21 (GMS) |
| : | |
| v. : | |
| : | |
| LIQUIDATING TRUST OF U.S. : | |
| WIRELESS CORP., et al., : | |
| : | |
| Appellee. : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between appellant, Neeraj Bhatnagar ("Appellant"), and appellee, Liquidating Trust of U.S. Wireless Corp., et al. ("Appellee"), as follows:

WHEREAS, on January 11, 2006, a Notice of Appeal of the Order of the Bankruptcy Court entered on November 23, 2005 was filed by Appellant;

WHEREAS, on January 18, 2006, this case was referred to the Appellate Mediation Panel, and further briefing was deferred;

WHEREAS, on October 23, 2006, the mediator advised that mediation had proved unsuccessful;

WHEREAS, on December 21, 2006, the Court issued an Order requiring the parties to submit a jointly proposed briefing schedule for the Court's consideration by no later than January 22, 2007 in connection with the Appeal in Civil Action No. 06-21.

NOW THEREFORE, in consideration of the aforementioned premises incorporated herein by reference, it is ORDERED AND AGREED as follows:

1. Appellant shall serve and file its opening Brief in support of its Appeal on or before March 5, 2007;

2. Appellee shall serve and file its Brief in opposition to the Appeal on or before April 10, 2007;

3. Appellant shall serve and file its Reply Brief in further support of its Appeal on or before April 30, 2007.

Dated: January 22, 2007
       Wilmington, Delaware

DUANE MORRIS LLP

By: _____
    Frederick B. Rosner (#3995)
    1100 North Market Street, Suite 1200
    Wilmington, DE 19801-1246
    Telephone: (302) 657-4900

Counsel to Appellant
Neeraj Bhatnagar

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS, LLP

By: /s/ Christopher A. Ward
    Christopher Ward (#3877)
    919 Market Street, Suite 1000
    Wilmington, DE 19801
    Telephone: (302) 426-1189

Counsel to Appellee
Liquidating Trust of U.S. Wireless
Corp., et al.

SO ORDERED THIS ____ DAY OF JANUARY, 2007

_____
United States District Judge