IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORP., et al., | : | Case No. 01-10262 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| NEERAJ BHATNAGAR, | : | Civil Action No. 06-21 GMS |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, certify that I am not less than 18 years of age, and that service of a copy of the **Brief of Appellant** was served upon the following individual by First Class Mail, postage prepaid.

> Christopher Ward, Esquire
> Klehr, Harrison, Harvey, Branzburg & Ellers
> 919 Market Street, Suite 1000
> Wilmington, DE 19801

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: March 5, 2007
   Wilmington, Delaware

/s/ Frederick B. Rosner
Frederick B. Rosner (DE 3995)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:   (302) 657-4901
E-mail:   fbrosner@duanemorris.com