**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., | ) | Case No. 01-10262 |
| WIRELESS LOCATION | ) | through 01-10264 (CSS) |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS | ) | |
| CORPORATION, INC., WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 03-55654 (CSS) |
| | ) | |
| NEERAJ BHATNAGAR, | ) | |
| Defendant | ) | |
| | ) | |
| NEERAJ BHATNAGAR, | ) | Civil Action No. 06-21 (GMS) |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS | ) | |
| CORPORATION, INC., WIRELESS LOCATION | ) | |
| TECHNOLOGIES, INC., AND WIRELESS | ) | |
| LOCATION SERVICES, INC., | ) | |
| | ) | |
| Appellee. | ) | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, hereby certify that on this 10th day of April, 2007, I caused a copy of the ANSWERING BRIEF OF APPELLEE, THE LIQUIDATING TRUST OF U.S. WIRELESS

CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC.AND

WIRELESS LOCATION SERVICES, INC. IN OPPOSITION to be served upon the

following parties in the manner indicated.

Frederick B. Rosner, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

Joseph J. McMahon, Jr., Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19801


 */s/  Christopher A. Ward*
Christopher A. Ward (No. 3877)