IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORP., et al., | : | Case No. 01-10262 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| NEERAJ BHATNAGAR, | : | Civil Action No. 06-21 (GMS) |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al., | : | |
| | : | |
| Appellee. | : | |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on the 23rd day of April, 2007, I served one copy of the *Reply Brief of Appellant, Neeraj Bhatnagar* upon the party listed below by e-mail and First Class Mail, postage prepaid:

**Email: cward@klehr.com**
Christopher A. Ward, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

DUANE MORRIS LLP

/s/ Frederick B. Rosner
Frederick B. Rosner (#3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
fbrosner@duanemorris.com

DM3\420569.1