## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORP., et al., | : | Case No. 01-10262 (CSS) |
| | : | |
| Debtors. | : | |
| ———————————————— | : | |
| | : | |
| NEERAJ BHATNAGAR, | : | Civil Action No. 06-21 (GMS) |
| | : | |
| Appellant, | : | |
| | : | **Oral Argument Requested** |
| v. | : | |
| | : | |
| LIQUIDATING TRUST OF U.S. | : | |
| WIRELESS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

## NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that Appellant Neeraj Bhatnagar ("Appellant") hereby files this Notice of Completion of Briefing with respect to the Notice of Appeal from Bankruptcy Court Appealing the Order Entered on November 23, 2005 by Judge Peter J. Walsh, and sets forth all relevant pleadings and docket numbers as follows:

1. Notice of Appeal from Bankruptcy Court Appealing the Order Entered on November 23, 2005 by Judge Peter J. Walsh (**Docket No. 1**);

2. Opening Brief in Support of Appellant (**Docket No. 13**);

3. Answering Brief of Appellee, The Liquidating Trust of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc. and Wireless Location Services, Inc. in Opposition (**Docket No. 14**); and

    4.      Reply Brief of Appellant, Neeraj Bhatnagar (**Docket No. 15**).

Dated:  April 24, 2007
        Wilmington, Delaware

                                   **DUANE MORRIS LLP**

                                   _____

                                   Frederick B. Rosner (DE 3995)
                                   1100 North Market Street, Suite 1200
                                   Wilmington, DE 19801
                                   Telephone:  (302) 657-4900

                                   *Counsel to Appellant Neeraj Bhatnagar*

2