IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| U.S. WIRELESS CORP., et al., | : | Case No. 01-10262 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |
| NEERAJ BHATNAGAR, | : | Civil Action No. 06-21 (GMS) |
| | : | |
| Appellant, | : | |
| | : | **Oral Argument Requested** |
| v. | : | |
| | : | **Related Docket No. 16** |
| LIQUIDATING TRUST OF U.S. | : | |
| WIRELESS CORP., et al., | : | |
| | : | |
| Appellees. | : | |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 24th day of April, 2007, I served one copy of the *Notice of Completion of Briefing* upon the party listed below by First Class Mail, postage prepaid:

    Christopher A. Ward, Esquire
    Klehr, Harrison, Harvey, Branzburg, & Ellers
    919 Market Street, Suite 1000
    Wilmington, DE 19801

                                    **DUANE MORRIS LLP**

                                    Frederick B. Rosner (DE 3995)
                                    1100 North Market Street, Suite 1200
                                    Wilmington, DE 19801
                                    Telephone: (302) 657-4900