IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) | Case No. 01-10262 through 01-10264 (CSS) |
| Debtors. | ) ) | Jointly Administered |
| THE LIQUIDATING TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 03-55654 (CSS) |
| NEERAJ BHATNAGAR, | ) ) | |
| Defendant | ) ) | |
| NEERAJ BHATNAGAR, | ) ) | Civil Action No. 06-21 (GMS) |
| Appellant, | ) ) | |
| v. | ) ) | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) | |
| Appellee. | ) ) | |

## NOTICE OF REQUEST FOR ORAL ARGUMENT

The Liquidating Trust of U.S. Wireless Corporation, Inc., Wireless Location Technologies, Inc. and Wireless Location Services, Inc., the Appellee in the above-captioned appeal, hereby requests oral argument.

DEL1 66137-1

Date: April 25, 2007

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*/s/ Christopher A. Ward*
Joanne B. Wills (No. 2357)
Christopher A. Ward (No. 3877)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
Tel.: (302) 426-1189
Fax: (302) 426-9193
jwills@klehr.com
cward@klehr.com

Counsel to The Liquidating Trust of U.S. Wireless Corporation, *et al.*