IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) | Case No. 01-10262 through 01-10264 (CSS) |
| Debtors. | ) ) | Jointly Administered |
| THE LIQUIDATING TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. Pro. No. 03-55654 (CSS) |
| NEERAJ BHATNAGAR, | ) ) | |
| Defendant | ) ) | |
| NEERAJ BHATNAGAR, | ) ) | Civil Action No. 06-21 (GMS) |
| Appellant, | ) ) | |
| v. | ) ) | |
| THE LIQUIDATING TRUST OF U.S. WIRELESS CORPORATION, INC., WIRELESS LOCATION TECHNOLOGIES, INC., AND WIRELESS LOCATION SERVICES, INC., | ) ) ) ) ) | |
| Appellee. | ) ) | |

## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esq. of Klehr, Harrison, Harvey, Branzburg & Ellers, LLP, hereby certify that on this 25th day of April, 2007, I caused a copy of the Notice of Request for Oral Argument to be served upon the following parties via U.S. Mail.

DEL1 66137-1

| | |
|---|---|
| Frederick B. Rosner, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246 | Joseph J. McMahon, Jr., Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

                                        */s/ Christopher A. Ward*
                                      Christopher A. Ward (No. 3877)

DEL1 66137-1