IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| U.S. WIRELESS CORP., et al., | Case No. 01-10262 (CSS) |
| Debtors. | |
| NEERAJ BHATNAGAR, | Civil Action No. 06-21 (GMS) |
| Appellant, | |
| v. | |
| LIQUIDATING TRUST OF U.S. WIRELESS CORP., et al., | |
| Appellees. | |

## STIPULATION DISMISSING APPEAL

The undersigned hereby request that the above-captioned appeal be dismissed, with prejudice, and with each party to pay their own attorneys' fees and costs.

Dated: February 27, 2008
Wilmington, Delaware

**DUANE MORRIS LLP**

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

*Counsel to Appellant*

**KLEHR HARRISON HARVEY BRANZBERG & ELLERS LLP**

_____
Christopher A. Ward (DE 3877)
919 Market Street, Suite 1000
Wilmington, DE 19801

*Counsel to Appellees*

DM3\681373.1